UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

The Procter & Gamble Company, *et al.*,

Plaintiffs,

v.

BNSF Railway Company, *et al.*,

Defendants.

Case. No. 1:20cv351

Judge Michael R. Barrett

**ORDER**

The above-captioned matter is hereby transferred from the docket of the Honorable Michael R. Barrett to the Clerk's Office for reassignment. This matter has been reassigned to the Hon. Timothy S. Black.

**IT IS SO ORDERED.**

*s/Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court